THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. THOMAS FUER ET AL., PLAINTIFFS IN ERROR.

Argued January 23, 1925—Decided March 16, 1925.

On error to the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 1035.

For the defendant in error, *Azariah M. Beekman.*

For the plaintiff in error, *Frederick A. Pope.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.   11.

*For reversal*—None.